

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-79,314-05

### EX PARTE JOHNATHAN EUGENE COOPER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. C-297-W011699-1031532-B IN THE 297TH DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded *nolo contendere* to sexual assault of a child and was sentenced to two years' imprisonment. The Second Court of Appeals dismissed his appeal for want of jurisdiction. *Cooper v. State*, No. 02-13-00370-CR (Tex. App. — Fort Worth Sept. 1, 2013) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On March 16, 2020, the trial court entered an order designating issues. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, on August 18, 2020, this Court granted the trial court's request for an extension until February 15, 2021 for resolving the issues and submitting the writ record. The

application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law by February 15, 2021. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: September 16, 2020
Do not publish